**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 5:26-cr-31-CAR-CHW** |
| **JOSE PALAFOX-RAMOS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Jose Palafox-Ramos's Unopposed Motion to Continue [Doc. 17] his pre-trial conference scheduled for September 29, 2026, and his trial scheduled to begin on October 19, 2026, in Macon, Georgia. On August 12, 2026, the Grand Jury returned an indictment charging Defendant with one count of Illegal Reentry. On September 10, 2026, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and on September 14, 2026, was ordered to be detained pending trial. This case has not been previously continued, and the Government does not oppose this request for a continuance.

Defense counsel represents additional time is needed to review discovery, conduct further independent investigation, and engage in further conversation with Defendant about how he wishes to proceed in this matter. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request to continue the trial. The

ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 17], and **HEREBY ORDERS** that this case be continued until December 7, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 21st day of September, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT